**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDYS A. CRUZ PORTILLO, an individual, and ON POINT AUTO BODY, LLC, a California Limited Liability Company,<br>Plaintiffs,<br>v.<br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br>Defendant. | Case No.: 2:25-cv-09777-MEMF-RAO<br>**ORDER GRANTING MOTION TO WITHDRAW COUNSEL [DKT. NO. 9]** |

Before the Court is the Motion for Leave to Withdraw as Counsel filed by current counsel for Plaintiff Fredys A. Cruz Portillo and On Point Auto Body, LLC. Dkt. No. 9. For the reasons set forth below, the Court GRANTS the Motion.

## I. Background

On September 9, 2025, Portillo and On Point Auto Body filed their complaint in the Los Angeles Superior Court. Dkt. No. 1-1. On October 13, 2025, this matter was removed to this Court. Dkt. No. 1.

On September 8, 2026, the Court issued a Civil Trial Order setting forth the schedule for the case.

Counsel filed their Motion to Withdraw July 16, 2026. Dkt. No. 9. In their Motion, counsel reports the following: they have made repeated attempts to communicate with Plaintiffs regarding this action and matters necessary to the continued representation, Motion at 2; Plaintiffs have not responded or otherwise maintained adequate communication Plaintiffs' Counsel's office, Dkt. No. 9-2, ¶¶ 3-5; and Plaintiffs' continued lack of communication has prevented counsel from obtaining the information and cooperation necessary to represent Plaintiffs effectively and fulfill their professional responsibilities, Motion at 2.

According to the Motion, counsel advised Plaintiffs in writing of their intent to seek leave to withdraw and encouraged Plaintiffs to retain substitute counsel or, where legally permitted, prepare to proceed pro se. *Id.*, Dkt. No. 9-2 ¶¶ 6-9, Ex. A.

Also according to the Motion, pursuant to L.R. 83-2.3.4, Plaintiffs' counsel personally served their Notice of Intent to Withdrawal as Counsel on May 8, 2026, specifically advising On Point of the need to retain substitute counsel as an organization in this matter. *Id.,* ¶¶ 9-10, Ex. A.

The Court held a hearing on the Motion on November 19, 2026. Portillo was personally present at the hearing, as were counsel for Plaintiffs and counsel for Defendant Mercedes-Benz.

## II. Discussion

At the hearing, Portillo indicated that he no longer wished to have his current counsel represent him or his company—On Point Auto Body, LLC—and therefore, he concurred in the Motion. Mercedes-Benz indicated that it did not oppose the Motion. The Court reminded Portillo that On Point Auto Body can only be represented by counsel.

In addition, Portillo and counsel expressed their desire to attempt to reach a settlement (on behalf of Portillo and On Point Auto Body) and accepted the Court's suggestion of having a

settlement conference before the assigned Magistrate Judge if she is available. Portillo requested that any such settlement conference take place in January 2027, and represented that if the case did not resolve, he would seek counsel to represent On Point Auto Body.

The Court explained that once the Motion was granted, Portillo would be expected to represent himself unless and until new counsel filed a notice of appearance. Portillo provided the Court and counsel for Mercedes-Benz his mailing address, email address, and phone number.

Given the positions of the parties, and in view of the representations made in the Motion, the Court finds good cause for the withdrawal.

## III. Conclusion

For the foregoing reasons, the Court GRANTS the Motion for Leave to Withdraw as Counsel and ORDERS as follows:

1. Counsel shall comply with all of the requirements of the California Rules of Professional Conduct with respect to this withdrawal. Counsel shall provide Portillo with all case materials. **Counsel shall email Portillo a copy of this Order and file proof of doing so with the Court by December 4, 2026.**
2. The parties are ordered to participate in a settlement conference before the assigned Magistrate Judge (Rozella A. Oliver) by February 1, 2027; this matter is referred to Judge Oliver for settlement purposes. Judge Oliver will contact the parties directly to schedule the settlement conference.
3. The Parties are directed to file a Joint Status Report by February 8, 2027, regarding the outcome of the settlement conference and their joint proposal regarding further proceedings. **Failure to timely file this Status Report will result in this matter being dismissed for failure to prosecute without further notice.**
4. If Portillo plans to proceed with new counsel, he is directed to obtain new counsel and have new counsel file a Notice of Appearance by March 3, 2027;
5. Should this matter not resolve, On Point Auto Body LLC, is directed to obtain new counsel and have new counsel file a Notice of Appearance by **March 3, 2027**. On Point Auto Body LLC is advised that, as a company, it is not permitted to represent itself pursuant to Civil

Local Rule 83-2.2.2. (Local Civil Rules for the Central District of California can be found at http://www.cacd.uscourts.gov/court-procedures/local-rules.) **Failure to timely file this Notice of Appearance will result in this matter being dismissed for failure to prosecute without further notice.**

6. Counsel shall, consistent with the applicable California Rules of Professional Conduct, direct Portillo and On Point Auto Body LLC, to appropriate resources and guidance for obtaining new counsel.
7. The Clerk is directed to provide Portillo's mailing address, email address, and phone number to the CM/ECF system for further communication.
8. Portillo is advised that if he chooses to proceed without an attorney, the Court will hold him to the same standards of conduct to which it holds attorneys, and does not exempt them from compliance with the Federal Rules of Civil Procedure or the Local Rules. *See* Local Rules 1-3 and 83-2.2.3. Appreciating the challenges which may come with self-representation, however, the Court directs Portillo to the following resources for guidance if they choose to proceed without an attorney:

- General information on how parties may represent themselves in civil cases in the Central District of California can be found at https://prose.cacd.uscourts.gov/.
- Local Civil Rules for the Central District of California can be found at http://www.cacd.uscourts.gov/court-procedures/local-rules.
- Federal Rules of Civil Procedure can be found at https://www.law.cornell.edu/rules/frcp.
- Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.
- Public Counsel also has extensive resources for *pro se* litigants at its website located at https://publiccounsel.org/services/federal-court/.

- The Court is also informed that the LA Law Library, located across the street from the First Street Courthouse at 301 W. First Street, Los Angeles, CA 90012, also has extensive resources for *pro se* litigants. The LA Law Library can be reached via email at reference@lalawlibrary.org, or via telephone at (213) 785-2513.

IT IS SO ORDERED.

Dated: November 24, 2026

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge